**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR238** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ANTHONY D. JOHNSON,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [17].   Counsel needs additional time to resolve this matter short of trial. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [17] is granted, as follows:

1.  The jury trial now set for January 3, 2023, is continued to **February 7, 2023.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 7, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

 **DATED:  December 13, 2022**

                                        **BY THE COURT:**


                                        **s/ Michael D. Nelson
                                        United States Magistrate Judge**